IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

*CRIMINAL MINUTES: INITIAL APPEARANCE and ARRAIGNMENT*

USA v PHILLIP MICHAEL JAMES

Case No 2:19-CR-16    Date February 20, 2019    Time 1:51-2:07 P.M.

**Hon. CLIFTON L. CORKER, Magistrate Judge, Presiding**

| KIM OTTINGER | DCR | MEGHAN GOMEZ FOR J. GREGORY BOWMAN |
|---|---|---|
| Deputy Clerk | Tape No/Court Reporter | Asst. U. S. Attorney |

====================================================================

| DEFENDANT | ATTORNEY |
|---|---|
| PHILLIP MICHAEL JAMES | DOUGLAS PAYNE |

**PROCEEDINGS:**

Defendant sworn

Defendant found competent

Defendant advised of charges, penalties, and rights
(Copy of indictment provided to defendant or counsel by clerk)

Financial affidavit executed with Counsel present and appointed

Plea of not guilty to all charges

Oral motion by USA for detention

Detention Hearing waived

Defendant remanded to custody of U.S. Marshal.

Orders to enter

I, **Kim Ottinger**, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Grn-DCR_2-19-CR-16_20190220_135136