# UNITED STATES DISTRICT COURT

Eastern District of Tennessee

| | |
|---|---|
| United States<br>Plaintiff(s),<br>V.<br>Phillip Michael James<br>Defendant(s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:19-cr-00016 |

Notice is hereby given that, subject to approval by the court, __Defendant Phillip Michael James__ substitutes
(Party (s) Name)

__Richard Phillips__, State Bar No. __027895__ as counsel of record in
(Name of New Attorney)

place of __Douglas Payne__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: The Law Office of Richard Phillips, PLLC
Address: 104 East Jackson Boulevard Ste no 4, Jonesborough, TN 37659
Telephone: (423) 341-8204       Facsimile (423) 328-1718
E-Mail (Optional): rjpmilligan@comcast.net

I consent to the above substitution.
Date: 2/22/2019
*(Signature of Party (s))*

I consent to being substituted.
Date: 2/22/2019
*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: 2/22/2019
*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: _____        _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]